```
COPY MAILED / FAXED TO:
COUNSEL FOR PLTFF(S): ✓
COUNSEL FOR DFT(S): ✓
PLTFF PRO SE: _____
DFT. PRO SE: _____
DATE: 11/1/06
BY: MMM
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
SIRIUS AMERICA INSURANCE COMPANY,   :
                                    :
                    Plaintiff,      :
            v.                      :   05 Civ. 7923 (BSJ)(GWG)
                                    :
SCPIE INDEMNITY COMPANY,            :   **ORDER**
                                    :
                    Defendant.      :
-----------------------------------X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    After having reviewed Magistrate Judge Gabriel W. Gorenstein's Report and Recommendation dated September 13, 2006, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, Defendant SCPIE Indemnity Company's motion to dismiss for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2) is DENIED.

**SO ORDERED:**

_/s/ Barbara S. Jones_
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:     New York, New York
           November 1, 2006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/06
```